UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIAS ABUSAID, JR.,

    Plaintiff,

v.                                    CASE NO: 8:03-cv-904-T-23TBM

HILLSBOROUGH COUNTY BOARD OF
COUNTY COMMISSIONERS and
HILLSBOROUGH COUNTY FIRE
MARSHAL'S OFFICE,

    Defendant.
_____/

## AMENDED ORDER

Elias Abusaid appealed (Doc. 35) to the Eleventh Circuit the order (Doc. 34) granting the defendant's motion to dismiss. Although publishing an opinion in Abusaid's appeal, the Eleventh Circuit has issued no mandate. Fed. R. App. P. 41. Abusaid now files a motion in this Court (Doc. 44) seeking a ruling on the request for preliminary injunction contained in the second amended complaint. The defendant objects and moves (Doc. 47) for leave to file an answer and affirmative defenses. Until the issuance of a mandate, this Court lacks jurisdiction over the action. Martin v. Singletary, 965 F.2d 944, 945 n. 1 (11th Cir. 1992) ("A mandate is the official means of communicating our judgment to the district court and of returning jurisdiction in a case to the district court."). Accordingly, both motions (Docs. 44, 47) are premature and are **DENIED**. The order

(Doc. 48) denying the plaintiff's motion and granting the defendant's motion is **VACATED**.

ORDERED in Tampa, Florida, on June 23, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE